**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7056**

———————————

ROBERT LEWIS CAIN,

Plaintiff - Appellant,

versus

CINDY L. FONTANA, L.P.N.,

Defendant - Appellee,

and

G. E. PIEROTTI, Sergeant; R. W. ROWLETTE,
Captain,

Defendants.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.
(CA-96-25-3)

———————————

Submitted:  November 25, 1997      Decided:  December 10, 1997

———————————

Before MICHAEL and MOTZ, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Robert Lewis Cain, Appellant Pro Se. David Ernest Boelzner, WRIGHT, ROBINSON, OSTHIMER & TATUM, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Cain v. Fontana</u>, No. CA-96-25-3 (E.D. Va. Jan. 14 and July 3, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>